# PD-1247&1248-15

## In The Court Of Criminal Appeals
## Austin Texas

| | | |
|---|---|---|
| Jaqualien Grant | § | Appeal of Cause No. 1386096/14-13-01078-CR |
| | § | |
| Vs. | § | From The 14TH District Court oF APPEALS |
| | § | |
| The State of Texas | § | of Harris County Texas |

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 21 2015
Abel Acosta, Clerk

## First Motion For Extension Of Time

## To File Petition For Discretionary Review

ToThe Honorable Judges Of The Court Of Criminal Appeals:

Comes Now, Jaqualien Grant, Petitioner, and files this **motion for an extension of sixty(60) days** in which to file a Petition For Discretionary Review. In support of this motion appellant shows the Court the following:

FILED IN
COURT OF CRIMINAL APPEALS
SEP 23 2015
Abel Acosta, Clerk

### I.

The Petitioner was convicted in the 185th District Court of Harris County, Texas of the offense of Aggravated Kidnapping in Cause No. 14-13-01078-CR 1386096, styled State Of Texas v. Jaqualien Grant. The Petitioner appealed to the Court Of Appeals, 14th District Court of Texas. The case was affirmed on **August 25, 2015.**

### II.

The present deadline for filing the petition for discretionary review is **September 30, 2015.** The Petitioner has not requested any extensions prior to this request.

## III.

Petitioner request for an extension is based upon the following facts:

1. Petitioner was not informed of the decision of the Court Of Appeals in affirming this cause until August 31, 2015.

2. Since that time Petitioner has been attempting to gain legal representation in this matter. Petitioner's attorney on appeal, Ms. Carmen M. Roe, has informed him that she will not be representing him on the Petition For Discretionary Review.

**Wherefore, Petitioner,** prays this Honorable Court grant his motion and extend the deadline for filing the Petition For Discretionary Review in **Cause No. 1386096** to **December 28, 2015.**

14-13-00735-CR

Respectfully Submitted,

Mr. Jaqualien Grant
TDCJ-Id.# 1897465
J.V. Allred Unit TDCJ-ID
2101 FM 369 N.
Iowa Park, Texas 76367
(Petitioner, pro se)

## Certificate Of Service

I hereby certify that a true and correct copy of the above and foregoing **First Motion For Extension Of Time To File A Petition for Discretionary Review**, has been forwarded by U.S. Mail, postage prepaid, first-class, to the Attorney For the State, Coby Leslie at the Harris County District Clerk's Office, 1201 Franklin St., Houston, Texas, 77002, and also the State Prosecutor Attorney, at P.O. Box 13046, Austin, Texas, 78711, on this the 18th day of SepTember, 2015.

_____
Petitioner, pro se

I, Jaqualien Grant, TDCJ-Id.# 1897465, being presently incarcerated in the James V. Allred Unit of the Texas Department Of Criminal Justice in Witchata Falls County, Texas, verify and declare under penalty of perjury that the fore going statements are true and correct. Executed on this the 18th of SepTember, 2015.

_____
Mr. Jaqualien Grant
TDCJ-Id.# 1897465
James V. Allred Unit
2101 FM 369 N.
Iowa Park, Texas
76367
(Petitioner, pro se)